

# SWARTZ ■ CULLETON PC

**Christopher J. Culleton**
Esquire

**Brandon A. Swartz**
Esquire

**Todd M. Felzer**
Esquire
Chairperson of the Workers
Compensation Department

**Bryan M. Ferris**
Esquire

**Joseph P. Guzzardo**
Esquire

**Nicholas S. Jajko**
Esquire

**Matthew E. Gallagher**
Esquire

**Larissa K. Staszkiw**
Esquire

**Sarah R. Nayeem**
Esquire

**Maria K. McGinty-Ferris**
Esquire

*Please reply to:*
**547 E. Washington Avenue**
**Newtown, PA 18940**

Phone: **215.550.6553**
Fax: 215.550.6557

Website:
**www.swartzculleton.com**

Email:
cculleton@swartzculleton.com
bswartz@swartzculleton.com
tfelzer@swartzculleton.com
bferris@swartzculleton.com
jguzzardo@swartzculleton.com
njajko@swartzculleton.com
mgallagher@swartzculleton.com
lstaszkiw@swartzculleton.com
snayeem@swartzculleton.com
mmcginty-ferris@swartzculleton.com

*2000 Market Street, Suite 2800*
*Philadelphia, PA 19103*

*The Sovereign Building, Suite 19*
*609 W. Hamilton Street*
*Allentown, PA 18101*

February 1, 2017

**_VIA FACSIMILE: (570) 829-3948_**
The Honorable A. Richard Caputo
United States District Judge
United States District Court for the
Middle District of Pennsylvania
U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701

Re:     **Leroy Adams v. Norfolk Southern Railway, et al.**
        **USDC-MDPA, Civil Action No. 3:16-CV-2436**

Dear Judge Caputo:

As your Honor may recall, the undersigned represent Plaintiff, Leroy Adams, in connection with the above-referenced matter. Regretfully, we are writing to advise the Court that we have lost contact with Mr. Adams and have no ability to prosecute the claim at the present time. We hired a private investigator and have spent considerable resources to locate Mr. Adams, all to no avail. The private investigator has recently advised us that he believes the trail is cold.

In light of the fact that the statute of limitations has expired, we respectfully request that this matter be placed in suspended status for a period of sixty (60) days in the hopes that Mr. Adams resurfaces. At this time, we would have no choice but to concede that Plaintiff cannot successfully prosecute his case since his current whereabouts are unknown.

Thank you for your Honor's consideration of this request. Please do not hesitate to contact the undersigned in the event that your Honor should require anything further of counsel at this time.

Respectfully,

SWARTZ CULLETON PC

Brandon A. Swartz, Esquire
Bryan M. Ferris, Esquire

cc: All Counsel of Record (*via e-mail*)

**SO ORDERED:**

2/8/17

A. Richard Caputo
United States District Judge

