IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEROY ADAMS : | |
| : | CIVIL ACTION NO. 3:16-CV-02436 |
| *Plaintiff*, : | |
| : | |
| v. : | |
| : | |
| NORFOLK SOUTHERN RAILWAY CO. : | |
| - and - : | |
| RESOLUTE FP US INC. : | |
| - and - : | |
| THE PROCTER & GAMBLE : | **JURY TRIAL DEMANDED** |
| COMPANY : | |
| : | |
| *Defendants*. : | |

## STIPULATION TO VOLUNTARILY DISMISS ACTION PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

It is hereby STIPULATED and AGREED on this 5th day of May, 2017, by and between counsel for all parties who have appeared in the above-captioned matter, that the above-captioned action is hereby voluntarily dismissed, with prejudice.

**BY:**

| | |
|---|---|
| **SWARTZ CULLETON PC** | **WARD GREENBERG** |
| | |
| /s/Brandon A. Swartz | /s/Edward A. Greenberg |
| Brandon A. Swartz, Esquire | Edward A. Greenberg, Esquire |
| Bryan M. Ferris, Esquire | Attorneys for Defendant, |
| Attorneys for Plaintiff, | Resolute FP US, Inc. |
| Leroy Adams | |
| | |
| **NAUMAN, SMITH, SHISSLER & HALL, LLP** | **SCANLON HOWLEY & DOHERTY, P.C.** |
| | |
| /s/Craig J. Staudenmaier | /s/Kevin C. Hayes |
| Craig J. Staudenmaier, Esquire | Kevin C. Hayes, Esquire |
| Attorneys for Defendant, | Attorneys for Defendant, |
| Norfolk Southern Railway Company | The Procter & Gamble Company |

The foregoing Stipulation is hereby approved by the Court on this _____ day of _____, 2017.

**BY THE COURT:**

_____
A. Richard Caputo, U.S.D.J.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LEROY ADAMS | : | |
| | : | CIVIL ACTION NO. 3:16-CV-02436 |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| NORFOLK SOUTHERN RAILWAY CO. | : | |
| - and - | : | |
| RESOLUTE FP US INC. | : | |
| - and - | : | |
| THE PROCTER & GAMBLE COMPANY | : | **JURY TRIAL DEMANDED** |
| | : | |
| *Defendants*. | : | |

## CERTIFICATE OF SERVICE

I, Bryan M. Ferris, Esquire, counsel for Plaintiff in the above-captioned matter, hereby certify that I caused a true and correct copy of the foregoing Stipulation to Voluntarily Dismiss Action Pursuant to F.R.C.P. 41(a)(1)(A)(ii) to be served, via the Court's electronic filing system, upon all counsel of record on **May 5, 2017**.

**SWARTZ CULLETON PC**

/s/Bryan M. Ferris
Bryan M. Ferris, Esquire