IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEROY ADAMS | : |
| | : CIVIL ACTION NO. 3:16-CV-02436 |
| *Plaintiff,* | : |
| | : |
| v. | : |
| | : |
| NORFOLK SOUTHERN RAILWAY CO. | : |
| - and - | : |
| RESOLUTE FP US INC. | : |
| - and - | : |
| THE PROCTER & GAMBLE | : **JURY TRIAL DEMANDED** |
| COMPANY | : |
| | : |
| *Defendants.* | : |

## STIPULATION TO VOLUNTARILY DISMISS ACTION PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

It is hereby STIPULATED and AGREED on this 5th day of May, 2017, by and between counsel for all parties who have appeared in the above-captioned matter, that the above-captioned action is hereby voluntarily dismissed, with prejudice.

BY:

**SWARTZ CULLETON PC**

/s/Brandon A. Swartz
Brandon A. Swartz, Esquire
Bryan M. Ferris, Esquire
Attorneys for Plaintiff,
Leroy Adams

**NAUMAN, SMITH, SHISSLER & HALL, LLP**

/s/Craig J. Staudenmaier
Craig J. Staudenmaier, Esquire
Attorneys for Defendant,
Norfolk Southern Railway Company

**WARD GREENBERG**

/s/Edward A. Greenberg
Edward A. Greenberg, Esquire
Attorneys for Defendant,
Resolute FP US, Inc.

**SCANLON HOWLEY & DOHERTY, P.C.**

/s/Kevin C. Hayes
Kevin C. Hayes, Esquire
Attorneys for Defendant,
The Procter & Gamble Company

The foregoing Stipulation is hereby approved by the Court on this \_\_\_9th\_\_\_ day of \_\_\_May\_\_\_, 2017.

**BY THE COURT:**

_____
A. Richard Caputo, U.S.D.J.